IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

SHERRY WOOD,
     *Plaintiff-Appellant*,

    *v.*

SHELBY COUNTY BOARD OF
EDUCATION and DR. LEWIS
BROOKS,
    *Defendants-Appellees*.

No. 25-12947

(N.D. Al. No. 2:24-cv-112)

## PLAINTIFF-APPELLANT'S CONSENT MOTION FOR 31-DAY EXTENSION OF TIME TO FILE REPLY

Plaintiff-Appellant Sherry Wood respectfully moves pursuant to Local Rule 31-2(d) for a 30-day extension of time—from June 15 to July 15, 2026—to file her reply so that the parties may continue to engage in settlement discussions within the Circuit Mediation Program.

In support of the motion, Plaintiff states as follows:

1. Plaintiff filed her opening brief on December 3, 2025.

2. Defendants filed their answering brief on March 4, 2026.

3. Plaintiff subsequently requested, and was granted, three extensions of time to file her reply (until June 15, 2026) in light of ongoing settlement discussions.

4. This motion is supported by good cause.

1

5.      The parties continue to engage in productive settlement discussions within the Circuit Mediation Program. A 30-day extension of time will permit the parties to continue to engage in these discussions without incurring potentially unnecessary legal fees preparing Plaintiff's reply.

6.      The requested extension also serves the interest of judicial economy and the legal system's interest in the consensual resolution of disputes.

7.      The requested extension will not prejudice any party, and it is not made for an improper purpose.

8.      This motion is made, pursuant to Local Rule 31-2(c), at least seven days before Plaintiff's reply is currently due (*i.e.*, June 15, 2026).

9.      This is Plaintiff's fourth request for an extension of this deadline.

10.     Defendants consent to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and extend Plaintiff's deadline to file her reply to July 15, 2026.

Respectfully submitted,

/s/ *Stephen K. Wirth*
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave., NW, Suite 301
Washington, DC 20016
(301) 615-2336
stephen@jacobsonlawyersgroup.com

*Counsel for Plaintiff-Appellant*

June 4, 2026

3

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 249 words. This document also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared using Microsoft Word 2016 in 14-point Century, a proportionally spaced typeface.

/s/Stephen K. Wirth
Stephen K. Wirth

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/Stephen K. Wirth*
Stephen K. Wirth
