# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12947
_____

SHERRY WOOD,

*Plaintiff-Appellant,*

*versus*

SHELBY COUNTY BOARD OF EDUCATION,
DR. LEWIS BROOKS,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cv-00112-MHH

_____

2                          Order of the Court                      25-12947

ORDER:

The motion for an extension of time to and including July 15, 2026 to file Appellant's reply brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE