IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

SHERRY WOOD,
      *Plaintiff-Appellant*,

    *v.*

SHELBY COUNTY BOARD OF
EDUCATION and DR. LEWIS
BROOKS,
      *Defendants-Appellees*.

No. 25-12947

(N.D. Al. No. 2:24-cv-112)

**PLAINTIFF-APPELLANT'S CONSENT MOTION
TO HOLD APPEAL IN ABEYANCE**

Plaintiff-Appellant Sherry Wood respectfully moves, pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27-1, to hold this appeal in abeyance pending settlement discussions, with status reports by Plaintiff-Appellant due every 60 days.

In support of the motion, Plaintiff states as follows:

1.      Plaintiff-Appellant filed her opening brief on December 3, 2025.

2.      Defendants-Appellees filed their answering brief on March 4, 2026.

3.      Plaintiff-Appellant subsequently requested, and was granted, four extensions of time to file her reply (most recently until July 15, 2026) in light of ongoing settlement discussions.

4. This motion is supported by good cause.

5. The parties continue to engage in productive settlement discussions. Holding this appeal in abeyance will permit the parties to continue those discussions without incurring potentially unnecessary legal fees preparing Plaintiff-Appellant's reply brief or conducting oral argument.

6. The requested abeyance also serves the interest of judicial economy and the legal system's interest in the consensual resolution of disputes.

7. The requested abeyance will not prejudice any party, and it is not made for an improper purpose.

8. Plaintiff-Appellant proposes to file status reports every 60 days while the appeal remains in abeyance. Plaintiff-Appellant will also promptly notify the Court if the parties reach a settlement or if settlement discussions cease to warrant continued abeyance.

9. This is Plaintiff-Appellant's first request to hold the appeal in abeyance.

10. Defendants-Appellees consent to this motion.

WHEREFORE, Plaintiff-Appellant respectfully requests that the Court hold this appeal in abeyance pending settlement discussions; suspend

the briefing schedule; direct Plaintiff-Appellant to file status reports every 60 days while the appeal remains in abeyance; and, if the appeal is not resolved, set a new deadline for Plaintiff-Appellant's reply brief after the abeyance is lifted.

Respectfully submitted,

/s/ Stephen K. Wirth
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave., NW, Suite 301
Washington, DC 20016
(301) 615-2336
stephen@jacobsonlawyersgroup.com

Counsel for Plaintiff-Appellant

July 8, 2026

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 287 words. This document also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared using Microsoft Word in 14-point Century, a proportionally spaced typeface.

*/s/Stephen K. Wirth*
Stephen K. Wirth

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/Stephen K. Wirth
Stephen K. Wirth