# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12947
_____

SHERRY WOOD,

*Plaintiff-Appellant,*

*versus*

SHELBY COUNTY BOARD OF EDUCATION,
DR. LEWIS BROOKS,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:24-cv-00112-MHH
_____

ORDER:

The motion to stay the appeal is GRANTED.

The movant is DIRECTED to file status reports with the Court every 60 days regarding the purpose for the stay, with the first status report due 60 days after the date of this order. The

2                    Order of the Court                    25-12947

movant also is DIRECTED to promptly file a notice with the Court when the purpose for the stay is obviated.


/s/ Embry J. Kidd
UNITED STATES CIRCUIT JUDGE