IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| SHERRY WOOD,<br>*Plaintiff-Appellant*,<br><br>*v.*<br><br>SHELBY COUNTY BOARD OF EDUCATION and DR. LEWIS BROOKS,<br>*Defendants-Appellees*. | No. 25-12947<br><br>(N.D. Al. No. 2:24-cv-112) |

**PLAINTIFF-APPELLANT'S SECOND STATUS REPORT**

Plaintiff-Appellant Sherry Wood respectfully files this status report pursuant to the Court's July 14, 2026 order directing her "to file status reports with the Court every 60 days regarding the purpose of the stay."

Plaintiff reports that parties continue to engage in productive settlement discussions consistent with the purpose of the stay. Plaintiff will promptly file a notice with the Court when the purpose of the stay is obviated.

Respectfully submitted,

/s/ *Stephen K. Wirth*
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave., NW, Suite 301
Washington, DC 20016
(301) 615-2336
stephen@jacobsonlawyersgroup.com

*Counsel for Plaintiff-Appellant*

November 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/Stephen K. Wirth*
Stephen K. Wirth